UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON WITKIN,

        Plaintiff,

    v.

ANDREA SLOAN, et al.,

        Defendants.

No.  2:16-cv-2950-JAM-EFB P

ORDER

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On July 3, 2018, the Magistrate Judge issued an order screening Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A.  ECF No. 11.  Plaintiff has filed objections to that order.  ECF No. 12.  Plaintiff has also requested an extension of time to proceed with service of his amended complaint.  Id.

      Local Rule 303(f) provides that Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the Magistrate Judge filed July 3, 2018, is affirmed and the Clerk of the Court shall terminate ECF No. 12.  IT IS FURTHER ORDERED that plaintiff shall return the documents necessary to effectuate service of the amended complaint within 30 days from the date of this order.  Failure to so comply may result in dismissal of this action.

DATED:  August 15, 2018

                        /s/ John A. Mendez_____

                        UNITED STATES DISTRICT COURT JUDGE