UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. SLOAN, et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-2950-JAM-EFB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 19, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  After extensions of time, plaintiff has filed objections to the findings and recommendations and defendants have filed a response thereto.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 19, 2019, are adopted in full;

2. Defendants' August 26, 2019 motion to dismiss (ECF No. 30) is granted; and

3. The case is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(A).

So ordered.

DATED: May 5, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE